

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAY 0 8 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

\*

Richard Reinheimer,

Joan E. Reinheimer

      Living people as **Plaintiffs**,

-against-

Carrie Michele Ward ,

Howard Norman Bierman,

George Jacob Geesing,

Matthew Daniel Cohen,

Bizhan Beiramee,

Kevin J Kanouff,

Thomas P. Gibbons,

Rafaela Herrera,

Ivan Kaufman,

Paul Elenio,

James DePalma ,

Scott MacGlashan,

Thomas G. Ross,

      **Wrongdoers**

\* THE DISTRICT OF MARYLAND
CASE NO.: _CCB 14 CV 1526_

\* <u>VERIFIED ACTION AT LAW[1]</u>

\* FRAUD UPON THE COURT

\* CONSPIRACY AGAINST RIGHTS

\* DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

\* ACTION FOR NEGLECT TO PREVENT

\* CIVIL RICO

\* MISPRISION OF FELONY

\* TRESPASS ON THE CASE

\* W/AFFIDAVIT'S AND MEMORANDUMS

\* LAW OF THE CASE AND LAW & JURISDICTION

**Plaintiffs, Richard Reinheimer, Joan E. Reinheimer People[2] of Maryland**, hereinafter "Plaintiff"

accept the oaths[3], & bonds of all the officers of this court, including attorneys. In this court of

record[4], proceeding according to the common law[5] hereby sues Carrie Michele Ward, Howard

---

[1] <u>AT LAW.</u> [Bouvier's Law, 1856 Edition] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[2] <u>PEOPLE.</u> People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgiaat 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and MD Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7].

[3] Oaths: Article VI: "This Constitution, and the laws of the United States... shall be the supreme law of the land; and the judges in every State shall be bound thereby; anything in the Constitution or laws of any State to the contrary notwithstanding... All executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution."

[4] Article IV Part I Section 1. Maryland Constitution; The Judicial power of this State is vested in a Court of Appeals, such intermediate courts of appeal as the General Assembly may create by law, Circuit Courts, Orphans' Courts, and a District Court. These Courts shall be Courts of Record

[5] <u>COMMON LAW</u> – 28 U.S. Code § 1333 Savings to Suitors That provision in 28 U.S.C.A. § 1333(1) which gives the U.S. District Courts original jurisdiction, "exclusive of the courts of the state" of any civil case of admiralty or maritime jurisdiction, "saving to suitors in all cases all other remedies to which they are otherwise entitled." The "saving to suitors" clause of the section of the Judiciary Act implementing constitutional provision extending federal judicial powers to cases of admiralty and maritime jurisdiction means that a suitor asserting an in personam admiralty claim may elect to sue in a "common law" ... Shannon v. City of Anchorage, Alaska, 478 P.2d 815, 818.]As distinguished from law created by the enactment of legislatures [admiralty], the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or

Norman Bierman , George Jacob Geesing, Matthew Daniel Cohen , Bizhan Beiramee , Kevin J Kanouff , Thomas P. Gibbons , Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Scott MacGlashan, Thomas G. Ross , John/Mary Doe(s) hereinafter "Wrongdoers" for fraud on the court, conspiracy against rights:[6], deprivation of rights under color of law:[7], conspiracy to interfere with civil rights:[8], "knowledge" and "Neglect to Prevent" a U.S. Constitutional Wrong[9], civil action for deprivation of rights[10] (conspiracy to deprive Plaintiff of property without due process of law), Civil RICO (racketeering, extortion, misuse of permits, mail fraud)[11], Misprision of felony[12], Frauds through postal service[13], and Trespass on the case[14],

## JURISDICTION

This is a common law court; Plaintiff does not subscribe to the fraud of fiction of nisi prius courts, not of record[15] which have no standing in a court at law[16]. As with biblical truth the

---

from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England. [1 Kent, Comm. 492. Western Union Tel. Co. v. Call Pub. Co., 21 S.Ct. 561, 181 U.S. 92, 45 L.Ed. 765; Barry v. Port Jervis, 72 N.Y.S. 104, 64 App. Div. 268; U. S. v. Miller, D.C.Wash., 236 F. 798, 800.];

[6] 18 USC §241; CONSPIRACY AGAINST RIGHTS: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State in the free exercise or enjoyment of any right they shall be fined under this title or imprisoned not more than ten years, or both

[7] 18 USC §242: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both;

[8] 42 USC 1985: CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: If two or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly any persons rights the party so injured or deprived may have an action for the recovery of damages against any one or more of the conspirators.

[9] 42 USC §1986: ACTION FOR NEGLECT TO PREVENT Every person who, having knowledge that any of the wrongs conspired to be done or are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured

[10] 42 USC 1983: CIVIL ACTION FOR DEPRIVATION OF RIGHTS: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

[11] 18 USC Chapter 96 RICO § 1961 racketeering; section 1952 & section 1957 extortion; section 1546 misuse of permits;

[12] 18 USC §4 Misprision of felony. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

[13] 18 USC §1341 - 1343, 1961 and 1962 Frauds through postal service

[14] TRESPASS ON THE CASE. The form of action, at common law, adapted to the recovery of damages for some injury resulting to a party from the wrongful act of another, unaccompanied by direct or immediate force, or which is the indirect or secondary consequence of defendant's act. Commonly called, by abbreviation, "Case." Munal v. Brown, C.C.Colo., 70 F. 968; Nolan v. Railroad Co., 70 Conn. 159, 39 A. 115, 43 L.R.A. 305; New York Life Ins. Co. v. Clay County, 221 Iowa 966, 267 N.W. 79, 80.

[15] Any court proceeding according to statutory law is not a court of record, which only proceeds according to common law; it is an inferior court. [Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)].

[16] AT LAW. Blacks 4th This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity

common law tradition abhors the priestcraft [17] of secret knowledge and demands that its principles remain available to all, that all may enjoy its liberties. Therefore the common law tradition does not reserve knowledge of its principles for attorneys only. The true judges (tribunal) of the common law tradition demand ideals of a fair contest aimed at a fair result. Any attempt by the officers of the court to move in the direction of fiction will be considered an act of lawless violence and said court would be vulnerable to collateral attack from a supreme court of record. See attached memorandum. "Jurisdiction and Law" incorporated by reference as though fully stated herein; Because common law's only concern is justice it draws no distinction between criminal and non-criminal cases. Because Fraud, RICO conspiracy is at the core of this case this court is proceeding in pursuit of restitution, both pecuniary and imprisonment demanded under code, upon servants and others who acted under color of law and committed violence.

> "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." Ableman v. Booth3
>
> "Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded." [18]

Magistrates and Judges in courts of record are expected to know the law and their proper role. The accompanying attachment, "Law of the Case" is incorporated by reference as though fully stated herein.

---

[17] America's Founders discerned this conflict to be the struggle of liberty against priestly power. Thomas Jefferson wrote to Alexander von Humbolt in 1813: "History, I believe, furnishes no example of a priest-ridden people maintaining a free civil government. This marks the lowest grade of ignorance of which their civil as well as religious leaders will always avail themselves for their own purposes." The following year he wrote to Horatio G. Spafford: "In every country and in every age, the priest has been hostile to liberty. He is always in alliance with the despot, abetting his abuses in return for protection to his own."

[18] 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; 95 Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

## JUDICIAL NOTICE[19]

Our U.S. Constitution for the united States of America Article III, Section 2 grants original jurisdiction over maritime cases to federal courts. All admiralty actions in rem come under federal admiralty jurisdiction.[i] Federal admiralty jurisdiction does not provide the right to jury trial regarding actions in rem. Bill of Rights 5th & 7th Amendments, and Maryland Constitution Article V (a)(1) all agree that the Law of the Land is Common Law as expressed by the Supremacy Clause:

> "*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land: and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding*" US Constitution Article VI Clause 2

> "*That the Inhabitants of Maryland are entitled to the Common Law of England, and the trial by Jury, according to the course of that Law, and to the benefit of such...*" Maryland Constitution Article V (a)(1)

> "*We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*"[20]

> "*...Thus, the particular phraseology of the constitution of the United (50) States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument.*" Marbury v. Madison 5 U.S. 137 (1803)

---

[19] JUDICIAL COGNIZANCE. Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.] Jurisdiction is the authority by which courts and judicial officers take ognizance of and decide cases. [Board of Trustees of Firemen's Relief and Pension Fund of City of Marietta v. Brooks, 179 Okl. 600, 67 P.2d 4, 6; Morrow v. Corbin, 122 Tex. 553, 62 S.W.2d 641; State v. Barnett, 110 Vt. 221, 3 A.2d 521, 526;]

[20] Cohen v. Virginia (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

## FACTS OF THE CASE

1) Plaintiff affirms on the 3rd day of May 2013, tendered in good faith "Accord and Satisfaction by use of an Instrument[21]" (Accord and Satisfaction), evidenced by an official record, admitted as evidence and cognizable by courts of competent jurisdiction, by a third-party witness service provider in an authenticated record, sent to the properly designated person, office, or place, Kevin J. Kanouff dba Resident agent and CEO (Statebridge Company, LLC File # 1249), Thomas P. Gibbons, Rafaela Herrera, dba agents and principals of the New York Mellon Trust Company, National Association as grantor Trustee of the Protium Master Trust .

2) Plaintiff affirms Accord and Satisfaction accepted by Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, and evidenced in an authenticated record via third party witness on May 29, 2013 (twenty six days after presentment), confirmed again (June 18th) by 3rd party witness, all records admissible as evidence, and cognizable by courts of competent jurisdiction, Certificates authenticated from third party record, complete the record.

3) Plaintiff affirms, IN FACT, effective and enforceable Exhibits [Instrument] of the Accord and Satisfaction, a valid and lawful consideration[22] presented on July 5th, 2013 in a record to the court, and again in private record "in camera" directed to Thomas G. Ross.

4) Plaintiff affirms Thomas G. Ross had been provided a substantive admissible record to the Court Record showing good cause to allow procedural due process of the law and equal

---

[21] "An instrument is a 'note' if it is a promise and is a 'draft' if it is an order. If an instrument falls within the definition of both 'note' and 'draft,' a person entitled to enforce the instrument may treat it as either." (§ 3104, subd. (e).) "Order" means a written instruction to pay money signed by the person giving the instruction. (Md. COMMERCIAL LAW Code Ann. § 3-103), subd. (a)(6).) According to paragraph 4 of the Md. COMMERCIAL LAW Code Ann. comment to section § 3-104, "[t]he term 'draft,' defined in subsection (e), ...."

[22] An act or forbearance, or the promise thereof, which is offered by one party to an agreement, and accepted by the other as an inducement to that other's act or promise. Poll.Contr. 91. Blacks Law 4th p379

protection of the law so that the court could have stopped the fraud on the court and make a proper admissible record thereby stopping an un-lawful action to steal the property.

5) Plaintiff affirms to be the only party to put up consideration for this property with sweat equity, other valuable considerations documented in the **AFFIDAVIT OF INTEREST IN PROPERTY** is true to fact and valid as submitted to the court on July 5, 2013 value of $7,229,400.00 stands without proper rebuttal.

6) Plaintiff affirms, **Affidavit of Truth** filed in the court docket on August 8, 2013, **Affidavit of Obligation** on August 9,2013, **Affidavit of Public Notice of Adverse Claim** filed August 12, 2013, **Affidavit of Obligation** with 3rd party *Certificates of Non-Response*, **Notice of Fault** with *Certificate of Non-Response* , and **Notice of Default** submitted to the record on August 30, 2014 and again the **Affidavit of Public Notice of Circulation** (evidencing circulation in a local periodical for 3 consecutive weeks). Not one affidavit has been rebutted[23].

7) All wrongdoers have taken part in Civil RICO 18 USC Chapter 96 § 1961 racketeering, 18 U.S. Code § 4 - Misprision of felony. While acting in fraud, all perpetrators are without immunity[24]. Whereby denying or not stating that a Record of Accord and Satisfaction exist; this concealment and deceit is fraud as there is prima facie evidence, "Silence can only be

---

[23] affidavit uncontested unrebutted unanswered [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982]. "Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit." [Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp. 327] . "Indeed, no more than affidavits is necessary to make the prima facie case." [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982]

[24] In 1996, Congress passed a law to overcome this ruling which stated that judicial immunity doesn't exist; citizens can sue judges for prospective injunctive relief. "Our own experience is fully consistent with the common law's rejection of a rule of judicial immunity. We never have had a rule of absolute judicial immunity. At least seven circuits have indicated affirmatively that there is no immunity... to prevent irreparable injury to a citizen's constitutional rights..." "Subsequent interpretations of the Civil Rights Act by this Court acknowledge Congress' intent to reach unconstitutional actions by all state and federal actors, including judges... The Fourteenth Amendment prohibits a state [federal] from denying any person [citizen] within its jurisdiction the equal protection under the laws. Since a State [or federal] acts only by its legislative, executive or judicial authorities, the constitutional provisions must be addressed to those authorities, including state and federal judges..." "We conclude that judicial immunity is not a bar to relief against a judicial officer acting in her [his] judicial capacity." [Pulliam v. Allen, 466 U.S. 522 (1984); 104 S. Ct. 1781, 1980, 1981, and 1985]

equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading[25]..."

8) Plaintiff affirms Rules of procedure 17 a, and rules of evidence 601, have been intentionally avoided in a criminal and conspiratorial manner by Bizhan Beiramee, Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera perpetrate their crime to steal the decadents property.

9) Plaintiff affirms in fact, first-hand acknowledgment from Matthew Daniel Cohen, who (witnessed by a third party) confirmed receipt of the Instrument in a seasonable time from Kevin J Kanouff to Wrongdoers Carrie Michele Ward , Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing. Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera are clearly committing securities fraud under the definition of 18 USC 2311 securities[26].

10) Plaintiff affirms in fact, the Wrongdoers, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, c/o Kevin J Kanouff dba Resident agent and CEO Statebridge Company, LLC have neglected to provide any NOTICE OF DISHONOR[27] or Defect in the Instrument or EVIDENCE OF DISHONOR[28].

---

[25] U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

[26] US Supreme Court Cases... NUDD v. BURROWS, 91 US 426 (1875) ... NUDD ET AL. v. BURROWS, ASSIGNEE. "Fraud destroys the validity of everything into which it enters."

[27] Md. COMMERCIAL LAW Code Ann. § 3-503 (b) Notice of dishonor may be given by any person; may be given by any commercially reasonable means, including an oral, written, or electronic communication; and is sufficient if it reasonably identifies the instrument and indicates that the instrument has been dishonored or has not been paid or accepted. The protest must identify the instrument and certify either that presentment has been made or, if not made, the reason why it was not made (any defect), and that the instrument has been dishonored by non-acceptance or nonpayment

[28] Md. COMMERCIAL LAW Code Ann. § 3-505 Evidence of Dishonor (b) A protest is a certificate of dishonor made by a United States consul or vice consul, or a notary public or other person authorized to administer oaths by the law of the place where dishonor occurs. It may be made upon information satisfactory to that person. The protest must identify the instrument and certify either that presentment has been made or, if not made, the reason why it was not made, and that the instrument has been dishonored by nonacceptance or nonpayment. The protest may also certify that notice of dishonor has been given to some or all parties.

11) Plaintiff affirms Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, ACCEPT DISCHARGE and EFFECT OF DISCHARGE[29] as PRIMA FACIE evidence of the record clearly indicates and no affidavits have been rebutted in proper form.

12) Plaintiff affirms Statebridge Company, LLC promptly relinquished servicing of the aforementioned account and Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing elude that fact. There is not any evidence that it has been necessary for Wrongdoers to employ the services of Bizhan Beiramee, and Affiant believes that not any such evidence exists, The Bank of New York Mellon Trust Company, National Association as grantor Trustee of the Protium Master Trust c/o Statebridge Company, LLC File # 1249, have in fact "accepted Accord and Satisfaction".

13) Plaintiff affirms no evidence, testimony or sworn affidavit supports Beiramee's opinion as he is not an expert Witness in the "mechanics of US currency and money". *"An attorney for Wrongdoers cannot admit evidence into the court. He is either an attorney or a witness."* and, *"Statements of counsel in brief or in argument are not facts before the court*[30]*"*. His comment (Section II of his Opposition to the Motion) is rejected and moot.

14) Plaintiff affirms Statebridge Company LLC, accepted the account balance is zero (0), confirmed by the REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT. Duty to respond to requests[31]. The continued pursuit of Plaintiff property represents wrongdoing and fraud on the court[32].

---

[29] Md. COMMERCIAL LAW Code Ann. § 3-601. Discharge and effect of discharge
 (a) The obligation of a party to pay the instrument is discharged as stated in this title or by an act or agreement with the party which would discharge an obligation to pay money under a simple contract. (b) Discharge of the obligation of a party is not effective against a person acquiring rights of a holder in due course of the instrument without notice of the discharge.
[30] Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647
[31] Md. COMMERCIAL LAW Code Ann. § 9-210 (4) "Request regarding a statement of account" means a record authenticated by a debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. (b) Subject to subsections (c), (d), (e), and (f), a secured party, other than a buyer of accounts, chattel paper, payment intangibles, or promissory notes or a consignor, shall comply with a request within 14 days after receipt:
[32] U.S. v. Throckmorton, 98 US 61. "Fraud vitiates the most solemn contracts, documents and even judgments."

15) Plaintiff affirms there is no debt on account. "Accord and Satisfaction is an affirmative defense" as Bizhan Beiramee admitted in his "Motion in Opposition" July 24, 2013.

16) All Wrongdoers, Carrie Michele Ward ,Howard Norman Bierman, George Jacob Geesing, , Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,  Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Thomas G. Ross had a duty to act and when they did not act, they entered into a conspiracy.

17) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,  Thomas P. Gibbons, Rafaela Herrera, Thomas G. Ross show clear intent to defraud and deceive and have committed fraud on the court denying  substantive due process in a Court of Record. They conspired to rob Plaintiffs, and violate  their unalienable rights when they secretly agreed to hijack Plaintiffs property by proceeding with an unlawful  auction[33] on August 10, 2013  at which time no evidence of "lawful Money[34]" was exchanged, but rather "created the money and credit upon its own books by bookkeeping entry as the consideration for the Note and Mortgage[35]"

18) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Thomas G. Ross did conspire against Plaintiffs to oppress and intimidate in a conspiracy against the unalienable rights of Plaintiff in violation of 18 USC §241;

19) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Thomas G. Ross did conspire to

---

[33] "Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corn. v. Birnam Wood Oil Co. 92 F 26 817.

[34] Federal Reserve of Chicago, 1975 "Modern Money Mechanics Workbook" – "Deposits are merely book entries."

[35] First National Bank of Montgomery vs. Jerome Daly 284 Minn.567, 171 N.W.2d 818 (1969)

interfere with rights by depriving Plaintiff of their unalienable rights and therefore have suffered significant psychological damages including but not limited to loss of a sense of security, paranoia, health issues, premature ageing, loss of perfect credit history, loss of income, loss of reputation in violation of Conspiracy, 42 USC 1985.

20) Docket files in the County Records are replete with crimes of conspiracy and official oppression[36] by wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Scott MacGlashan, Thomas G. Ross are liable because they had knowledge and the power to prevent the wrongs conspired and committed but instead neglected to prevent in violation of 42 USC §1986 by striking filed Docket Entry 36, Docket Entry 39, Docket Entry 43, Docket Entry 44, to the extent such filings and claims constituted an objection to a un-lawful nisi prius foreclosure sale, and were otherwise stricken from the record without merit and due cause in an unlawful manner.

21) Wrongdoers Carrie Michele Ward ,Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Thomas G. Ross under color of statute deprived Plaintiffs of their unalienable rights in violation of Constitutional Injury 42 USC 1983 and therefore are liable to the injured Plaintiffs in an action at law.

22) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, , Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma did engage in racketeering, extortion, misuse of permits and mail fraud against Plaintiff in violation of 18 USC Chapter 96 RICO §

---

[36] Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990)."An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked." The minute any document(s) are received, it/they is recorded. Refusal to record documents once deposited with the county recorder is considered criminal in accordance with Title 18 USC § 2071 and is punishable by fines and imprisonment without regard to third party intervention and where consent to third party intervention is refused by the party recording the document.

1961 racketeering; section 1952 & section 1957 extortion; section 1546 misuse of permits[37];
section 1341 mail fraud;

23) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,   Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Thomas G. Ross  had knowledge of a felony and concealed it in violation of 18 USC §4 Misprision of felony

24) Wrongdoers Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma,   knowingly breached authority as "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit[38] by guaranteeing the debt of another. All such contracts being entered into by its officers are ultra vires[39] and not binding upon the corporation." It is laid down as a general rule that a national bank cannot lend its credit by becoming surety, indorser, or guarantor for another. "In the federal courts, it is well settled that a national bank has not power to lend its credit to another by becoming surety, indorser, or guarantor for him." (See attached "Memorandum  Law of the Case" XXXI)

25) Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,   Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Scott MacGlashan, Thomas G. Ross all committed wrongful acts against the Plaintiff in violation of Trespass on the case.

---

[37] Morse: Banks and Banking 5th Ed. Sec 65; Magee, Banks and Banking, 3rd Ed. Sec 248." American Express Co. v. Citizens State Bank, 181 Wis. 172, 194 NW 427 (1923). "Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit. If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a great deal more than any lawful interest on its money would amount to. If not careful, the power would be the mother of panics . . . Indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another. I demand under TILA full disclosure and proof to the contrary.

[38] Title 12 USC 411 and  Modern Money Mechanics clearly shows that banks lend credit, not real money.

[39] Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. By doctrine of ultra vires a contract made by a corporation beyond the scope of its corporate powers is unlawful.

**WHEREFORE, PLAINTIFF MOVES THE COURT TO FIND FOR THE PLAINTIFF**

Against Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,   Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma,  each for conspiracy and failing to act Thomas G. Ross for having not performed judicial function for damages;

Against Wrongdoers Carrie Michele Ward ,Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff, Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma for  damages each for fraud on the court ;

Against Wrongdoers Carrie Michele Ward, Howard Norman Bierman, George Jacob Geesing, Matthew Daniel Cohen, Bizhan Beiramee, Kevin J Kanouff,   Thomas P. Gibbons, Rafaela Herrera, Ivan Kaufman, Paul Elenio, James DePalma, Thomas G. Ross under color of statute deprived Plaintiff of their unalienable rights and therefore are liable to the injured Plaintiff in an action at law, in violation of 42 USC 1983:.

**Ledgering:** Ledgering in the instant matter is comprised solely from of the value of currency expended by Richard Reinheimer and other currencies expended by Joan E Reinheimer, and the labor of the same in the amount of Seven Million Two Hundred Twenty Nine Thousand Four Hundred ($7,229,400.00) Dollars in functional currency of the United States (**AFFIDAVIT OF INTEREST** presented and un-rebutted in the Queen Anne's County Case No.: CV#17645). Have tendered in good faith a record Accord and Satisfaction, and having exhausted the requirements of Administrative due process  in an effort to bring remedy with an admissible record of competent jurisdiction. Demand clear title to property with fixtures and cost of litigation, as provided in Title 15 United States Code, Section 1601 et. seq. ,and  payment in functional  US Currency; joint and several in the amount of :

**True Bill in Commerce**

| | |
|---|---|
| Value of Property in question | $7,229,400.00 |
| Times 3 times punitive | $21,688,200.00 |
| | $28,917,600.00 |

It is the sworn testimony of the Plaintiff who solemnly swears that the facts contained herein are true, correct and certain. Every claim made in the Affidavit is backed up by documentary evidence that is provable without any contrivance.

## Verification

I, Richard Reinheimer, on my own unlimited commercial liability do affirm and say that I have written the above 'affidavit Action At Law' and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and do believe that the above stated acts have been committed contrary to law and do say the following, that:

1. On the May 8, 2014, that Affiant did present to all the respondents listed herein via Certified Mail, Return Receipt Requested, first class mail pre-paid or other process of service , a true, correct, and complete copy of this action and Affidavits, and that
2. Respondents listed herein have a duty to stop all actions against the Plaintiff and respond to this Action under penalty of perjury sworn Affidavit in a seasonable 15 days.
3. All terms, conditions, allegations, true bills, ledgers, etc., are affirmed by respondents listed herein by tacit procuration if response is untimely ;
4. Further Affiant saith not.

*"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading ..."*[38]

I, Richard Reinheimer, Affiants, being of lawful age, qualified and competent to testify to and

having firsthand knowledge of the abovementioned facts and do hereby swear that the said facts

are true, correct and not misleading:

Richard Reinheimer, for Plaintiff
1550 LOVE POINT RD STEVENSVILLE MD

NOTARY

Queen Anne County on this ___2___ day of ___May___ , 2014 before me Richard Reinheimer the subscriber, personally appeared Your Name to me known to be the living people describe in and who executed the forgoing instrument and sworn before me that they executed the same as their free will act and deed.

Notary

My commission expires: 2/20/16 .

(Notary Seal)

**KELLY EICHELBERGER**
Notary Public
Queen Anne's County
Maryland
My Commission Expires Feb. 20, 2016

---

[38] U.S. v. Tweel. 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

## CERTIFICATE OF SERVICE

I, Richard Reinheimer hereby certify that a copy of the foregoing enclosed documents were served on individuals and/or agencies listed below by deposit in the United States mail, first-class and postage prepaid ,Certified Mail postage prepaid (or other verifiable 3rd party  process of service) on this date:

- Verified Action at Law ; Vindictive Prosecution
- Memorandum- Law and Jurisdiction
- Memorandum – Law of the Case
- Affidavit of Interest
- Affidavit of Negative Averment
- Affidavit of Obligation

Howard Norman Bierman, George Jacob Geesing, Carrie Michele Ward, Matthew Daniel Cohen
4520 East West Highway Suite 200
Bethesda, MD 20814

Bizhan Beiramee
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814

Kevin J Kanouff,
c/o Statebridge Company, LLC
4600 South Syracuse Street, Suite 700
Denver, CO   80237

Thomas P. Gibbons,
c/oTHE BANK OF NEW YORK MELLON
One Wall Street
New York, New York    10286

Rafaela Herrera, dba  Managing Director
c/oThe Bank of New York Mellon Trust Company
National Association, Protium Master Grantor Trust,
101 Barclay Street, 4w
New York, New York   10286

Mr. Ivan Kaufman , dba Chief Executive Officer
Arbor Realty Trust Inc.
333 Earle Ovington Boulevard Suite 900
Uniondale, NY 11553

Paul Elenio dba Chief Financial Officer
Arbor Realty Trust Inc.
333 Earle Ovington Boulevard Suite 900
Uniondale, NY 11553

James DePalma  dba  President
AMS servicing, LLC / Seneca Mortgage Investments LP
3374 Walden Avenue, Suite 120
Depew, New York 14043

Scott MacGlashan, Thomas G. Ross,
(In  Personal Capacity)
100 Court House Square,
Centreville, MD  21617

UNITED STATES DISTRICT COURT – Clerk of the Court
Northern Division• 4228 U.S. Courthouse•
101 W. Lombard Street
Baltimore, Maryland 21201
(hand delivered)

Without Prejudice/All rights reserved
/S/

Richard Reinheimer, Sui Juris, Ens legis
1550 Love Point Road Stevensville, MD 21666

ACTION AT LAW                        REINHEIMER -A- Ward